UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAHAMAD ABAZAID,

Plaintiff,

v.

YORKTOWN STATION INC., et al.,

Defendants.

**ORDER**

26-CV-02549 (PMH)

PHILIP M. HALPERN, United States District Judge:

On March 27, 2026, Mahamad Abazaid ("Plaintiff") commenced the instant action against Yorktown Station Inc. and Nashat F. Kiswani ("Defendants"). (Doc. 1).

On June 2, 2026, the Clerk of Court issued summonses as to Defendants with respect to the Complaint. (Docs. 5, 6). On June 12, 2026, Plaintiff filed affidavits of service as to the Defendants. (Docs. 7, 8, 9). Defendant has not answered or otherwise responded to the Complaint since the filing of the affidavits of service.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by September 4, 2026. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
August 4, 2026

Hon. Philip M. Halpern
United States District Judge