Application granted.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 15.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 2, 2026

S&F™
Sacco & Fillas, LLP
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas

Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz

Malik E. Anderson*
Scott L. Appelbaum
Ramy Aqel
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
Scott W. Clark
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Ronald B. Groman
Jeffrey Hellerman
Emily Huang
Zachary S. Kaplan
James Y. Kim*
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Ashley Rajakaruna
Philip R Reid*
Richard E. Schirmer
Morris J. Schlaf*
Christian Schlegel
Lantao Sun
William W. Walis
Michael S. Warycha
Roger Wong
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

Sep

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: *Mahamad Abazaid v. Yorktown Station Inc., et al.,* No. 7:26-cv-02549-PMH

Dear Judge Halpern:

Plaintiff Mahamad Abazaid respectfully requests, pursuant to Rule 1(C) of Your Honor's Individual Practices, a thirty-day extension of the September 4, 2026 deadline to comply with Rule 4(B), to October 5, 2026. The Court established the September 4 deadline by Order dated August 4, 2026 and filed August 5, 2026.

Plaintiff has initiated the default process. On September 2, 2026, Plaintiff filed proposed Clerk's Certificates of Default as to both Defendants (ECF Nos. 11–12), together with counsel's supporting declaration (ECF No. 13), and thereafter filed proof of service of those materials upon Defendants (ECF No. 14). The proposed Certificates are presently awaiting review and processing by the Clerk's Office.

The requested extension will permit Plaintiff to complete the default-judgment application in accordance with Rule 4(B) and Attachment A, which provides for submission of the Order to Show Cause and supporting papers after obtaining the Clerk's Certificate of Default. Plaintiff is preparing the remaining papers in the interim and will endeavor to file the application sooner if the Certificates are entered and the submission is ready.

This is Plaintiff's first request to extend the September 4 deadline. Neither Defendant has appeared, and Plaintiff therefore has been unable to obtain their position concerning this request. No other scheduled dates would be affected.

Plaintiff respectfully requests that the Court extend the deadline through October 5, 2026.

We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,

*/s/ Clifford Tucker*
Clifford Tucker, Esq.

Main Office
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Bayside Office
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

Manhattan Office
32 Broadway
Suite 1818
New York, NY 10004

New Jersey Office
2160 North Central Road
Suite 306
Fort Lee, NJ 07024