UNITED STATES DISTRICT COU
SOUTHERN DISTRICT OF NEW Y

MAHAMAD ABAZAID, Plaintiff

-against-

YORKTOWN STATION INC. d/b/a XTRA F
NASHAT F. KISWANI a/k/a NASH KISWANI,

**Case No. 7:26-cv-02549-PMH**

**DEFENDANT NASHAT F. KISWANI'S PRO SE RESPONS**
**FOR ENTRY OF DEFAULT AND REQUEST FOR L**

I, Nashat F. Kiswani, appearing *pro se* only on my own behalf, resp
Plaintiff's request for entry of default against me.

1. I did not intentionally ignore this action and have not intended to
**19, 2026**, I sent Plaintiff's counsel, Clifford Tucker, Esq., a detailed
disputing Plaintiff Mahamad Abazaid's allegations and identifying m
evidence.

2. Plaintiff's counsel later signed a declaration dated **September 2,**
note a default. My June 19 communication preceded that request b
Plaintiff's counsel notice that I intended to defend this action.

3. My June 19 response explained, among other things, that Mr. Ab
interest in the business, participated in management and financial o
ownership interest to Hector Hernandez, and was not terminated in
documents and witnesses that I believe support these defenses.

4. I understand that sending correspondence to Plaintiff's counsel may not constitute the filing of an Answer with the Court. Any failure to file the required response with the Court was not willful and was not intended to delay this case or disregard the Court.

5. I respectfully request that the Court and Clerk consider my prior written response and my demonstrated intent to defend this action; decline to enter default against me if default has not yet been entered; and, to the extent a default has already been entered, permit me to seek appropriate relief to set it aside and allow me to respond to the Complaint on the merits.

6. I also respectfully request such additional time as the Court deems appropriate for me to file the proper responsive pleading and comply with any applicable requirements.

**I submit this document only for myself. I understand that Yorktown Station Inc. is a separate corporate defendant and that this pro se submission is not intended to constitute an appearance or filing on behalf of the corporation.**

Dated: September 14, 2026

Respectfully submitted,

______________________________

The Court, upon review of the parties' respective letters (Docs. 19, 21) grants Defendant Kiswani's application as follows: i) Defendant Kiswani's request to vacate the certificate of default (Doc. 17) is granted; and Defendant Kiswani is directed to answer or otherwise respond to the Complaint by no later than **October 26, 2026**. Additionally, Defendant Kiswani is directed to notify the Court in writing of his current address by **October 12, 2026**.

To the extent Plaintiff, in response to Defendant Kiswani's letter motion (Doc. 21), requests any relief in addition to that granted above, such application is denied.

The Clerk of Court is respectfully requested to vacate Defendant Kiswani's certificate of default (Doc. 17) and terminate the letter motion pending at Doc. 21. Plaintiff is directed to mail a copy of this Order to Defendant Kiswani and file proof of service via ECF.

SO ORDERED.

________________________
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 25, 2026

**Nashat F. Kiswani**
Defendant, Pro Se

Address: 39 Javal ct
New City NY 10986
Telephone: 9176457443
Email: kiswaninash@gmail.com

**Attachment / Exhibit A:** June 19, 2026 written response to Clifford Tucker, Esq., together with proof of transmission or receipt, if available.

## CERTIFICATE OF SERVICE

I, Nashat F. Kiswani, certify that on 9/15/26, 2026, I served a true copy of the foregoing **Defendant Nashat F. Kiswani's Pro Se Response to Plaintiff's Request for Entry of Default and Request for Leave to Respond**, together with its attachment(s), on counsel for Plaintiff by the method checked below:

■ U.S. Mail ■ Certified Mail ■ Email ■ Other: ______________

**Clifford Tucker, Esq.**
Sacco & Fillas LLP
31-19 Newtown Avenue, Seventh Floor
Astoria, NY 11102
Email: CTucker@SaccoFillas.com

______________________________
Nashat F. Kiswani
Date: 9/15/26

**Important:** File this for Nashat F. Kiswani individually only. Do not use this document to attempt to represent Yorktown Station Inc. without licensed counsel.

RECEIVED
SDNY DOCKET UNIT